# NO. 12-09-00247-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SENIOR LIVING PROPERTIES, LLC.,* **APPELLANT** | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *CLARA JOLENE ALVARES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CLARA MAE FOSTER, DECEASED AND ON BEHALF OF WILLIAM EDGAR FOSTER AND THE ESTATE OF JIMMY LOUISE CARNES, APPELLEES* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant and Appellees have filed an agreed motion to dismiss this appeal. In their motion, the parties state that they have reached a resolution of this dispute and no longer wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered December 2, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)